UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 23-9923-CBM(JCx)** | Date | JANUARY 16, 2024 |
|---|---|---|---|
| Title | Raffi Pililian et al v. Garfield Beach CVS LLC et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rodrigo Suarez | Merna Abdelmalak |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND [15];
PLAINTIFF'S MOTION FOR ATTORNEY FEES RELATED TO CVS' REMOVAL [17]

The case is called and counsel state their appearances. The Court and counsel confer.

Following oral argument, the Court advises counsel that the motions are granted. A written order will issue.

Defendant informs the Court that the motion to dismiss [11] is hereby withdrawn.

IT IS SO ORDERED.

cc: all parties

__ : 23